UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ERIC PATTERSON,

            Plaintiff,

v.

ALLY FINANCIAL INC.,

            Defendant.

Civil Action No. 2:16-cv-14505

**Hon. Paul D. Borman**

**INDEX OF EXHIBITS TO AMENDED ANSWER AND COUNTERCLAIM**

| | |
|---|---|
| **1.** | Retail Installment Sales Contract |
| **2.** | Texas Certificate of Title |

30603030