UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC PATTERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 2:16-cv-14505<br><br>Paul D. Borman<br>United States District Judge<br><br>R. Steven Whalen<br>United States Magistrate Judge |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eric Patterson ("Plaintiff") and Defendant Ally Financial Inc. ("Ally" or Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated: April 11, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ *with consent of Sergei Lemberg*<br>Sergei Lemberg<br>Lemberg Law, LLC<br>43 Danbury Road<br>3rd Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>slemberg@lemberglaw.com<br>*Counsel for Plaintiff* | /s/*Ethan G. Ostroff*<br>Ethan G. Ostroff<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 687-7541<br>Facsimile: (757) 687-7510<br>ethan.ostroff@troutmansanders.com |

Ariana F. Pellegrino (P79104)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Telephone: (313) 223-3500
Facsimile: (248) 433-7274
apellegrino@dickinsonwright.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2018, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

/s/*Ethan G. Ostroff*
Ethan G. Ostroff
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-7510
ethan.ostroff@troutmansanders.com

Ariana F. Pellegrino (P79104)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Telephone: (313) 223-3500
Facsimile: (248) 433-7274
apellegrino@dickinsonwright.com

*Counsel for Defendant*